| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JEREMY GOUDEAU, §
§
     Petitioner, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-83
§
DIRECTOR, TDCJ-CID, §
§
     Respondent. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jeremy Goudeau, a prisoner currently confined at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On March 27, 2023, the magistrate judge entered a Report and Recommendation (#3) in which she recommended denying Petitioner's application to proceed *in forma pauperis*.  The Report and Recommendation gave Petitioner thirty (30) days to pay the $5.00 filing fee. To date, Petitioner has not filed objections to the report nor has he paid the $5.00 filing fee.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

---

[1] Magistrate Judge Stetson entered two Reports and Recommendation on March 27, 2023 (#s 3 & 4).  The other report recommended dismissing the petition with prejudice as time-barred (#4).  Petitioner received a copy of both reports (#7).  However, Petitioner only filed objections to the report relating to the time-bar issue (#9).

evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#3) is **ADOPTED**. Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (#2) is **DENIED**. Petitioner will have an additional fifteen days to pay the $5.00 filing fee.

Petitioner is admonished that failure to pay the $5.00 filing will result in dismissal of this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 31st day of May, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE